■ EMILIO SOLIS, Appellant, v MARY IMMACULATE HOSPITAL et al., Respondents.—In an action, *inter alia,* to recover damages for medical malpractice, the plaintiff appeals from so much of an order of the Supreme Court, Queens County (Durante, J.), entered April 24, 1990, as imposed a monetary sanction for the failure to comply with a prior order of the court.

Ordered that the order is affirmed insofar as appealed from, with costs.

Under the circumstances of this case, the imposition of a monetary sanction was appropriate *(see, Roeder v Allstate Ins. Co.,* 115 AD2d 469; *Arndt v Merrick Shopping Center,* 103 AD2d 788).* Thompson, J. P., Kunzeman, Eiber, Rosenblatt and Ritter, JJ., concur.